# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORETTA MILLER,<br><br>   *Plaintiff,*<br><br>v.<br><br>BRYAN BLANCHARD, *et. al.*,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 18-2752 |

## ORDER

**AND NOW**, this 12th day of March, 2019, upon consideration of Plaintiff Loretta Miller's Complaint, (ECF No. 1), and Defendants' Motions to Dismiss, (ECF Nos. 13 and 16), it is hereby **ORDERED** that:

1. Miller's Complaint is **DISMISSED without prejudice** for failure to comply with Federal Rule of Civil Procedure 8;

2. Miller may file an Amended Complaint, consistent with the attached memorandum, on or before **May 15, 2019**. The Amended Complaint must state each claim as succinctly and plainly as possible and provide factual allegations that support the claims, including describing what each defendant did to violate the law or Miller's rights. The Amended Complaint should not discuss matters which do not support the particular claims being alleged;

3. Defendants' Praecipes for Non Pros, (ECF Nos. 21 and 22) are **DENIED** as moot;

4. Defendants' Motions to Strike Objections, (ECF Nos. 24, 25 and 26), and Motion to Strike Notice of Default, (ECF No. 27), are **DENIED** as moot;

5. Miller's requests for entry of default judgment, (ECF Nos. 23, 29 and 30), are **DENIED** as moot.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.